ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2020
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ISLAM YASER-ABDEL SAID (01)
and
YASSEIN ABDULFATAH SAID (02)

NO. 4:20-CR-292-O

(Supersedes the indictment filed on October 21, 2020)

**SUPERSEDING INDICTMENT**

The United States Grand Jury charges:

At all times material to this superseding indictment:

General Allegations

1. On or about January 1, 2008, Yaser Said's two biological daughters, Amina and Sarah Said, were found dead.

2. On or about January 2, 2008, Yaser Said was charged in Dallas County, Texas with Capital Murder, a felony in violation of Texas Penal Code 19.03, and a warrant was issued for Yaser Said's arrest.

3. On or about August 7, 2008, a Dallas County Grand Jury in the 292nd Judicial District Court issued a true bill indictment for Yaser Said charging Capital Murder, in violation of Texas Penal Code 19.03, and an arrest warrant was issued.

4. On or about August 21, 2008, a criminal complaint charging Yaser Said with Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073, was issued in the Northern District of Texas. (3:08-MJ-298-BH). The same day, a federal arrest

warrant was issued by the United States District Court for the Northern District of Texas for Yaser Said's arrest. (3:08-MJ-298-BH).

5. On or about December 3, 2014, a Motion to Unseal the Northern District of Texas criminal case against Yaser Said was filed, and an Order unsealing the Criminal Complaint and case was entered. (3:08-MJ-298-BH).

6. On or about December 4, 2014, Yaser Said was added to the Federal Bureau of Investigation's ("FBI") Top Ten Most Wanted Fugitive list as the as the 504th fugitive.

7. On or about August 14, 2017, Yaser Said was observed inside of Copper Canyon Apartment Unit 348 located at 2444 Harwood Road, Bedford, Texas, which is located in the Northern District of Texas.

8. On or about August 15, 2017, a search warrant was executed on Copper Canyon Apartment Unit 348; however, Yaser Said was no longer in the apartment. Items containing Yaser Said's DNA were recovered during the execution of the search warrant.

9. On August 26, 2020, Yaser Said was arrested at the residence located at 712 West 1st Street, Justin, Texas ("Justin residence").

10. Between August 21, 2008, and August 26, 2020, Yaser Said was a person for whom an arrest warrant had been issued under the laws of the United States.

11. Defendant **Islam Yaser-Abdel Said** (**"Islam Said"**) is Yaser Said's son.

12. Defendant **Yassein Abdulfatah Said** (**"Yassein Said"**) is Yaser Said's brother.

Count One
Conspiracy to Conceal Person From Arrest
[Violation of 18 U.S.C. § 371 (18 U.S.C. § 1071)]

13. Paragraphs 1 through 12 of this superseding indictment are re-alleged and incorporated by reference as though fully set forth herein.

14. From on or about at least August 1, 2017, through on or about August 26, 2020, in the Northern District of Texas and elsewhere, defendants, **Islam Said** and **Yassein Said**, did knowingly and willfully combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to commit an offense against the United States, that is, harboring and concealing Yaser Said, a person for whose arrest a felony warrant and process had been issued under the provisions of a law of the United States so as to prevent his discovery and arrest, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Yaser Said, in violation of 18 U.S.C. § 1071.

Purpose of the Conspiracy

15. It was the purpose of the conspiracy for defendants **Islam Said**, **Yassein Said** and their coconspirators to enable Yaser Said to avoid apprehension on the warrant for Yaser Said's arrest that had been issued by the United States District Court for the Northern District of Texas on or about August 21, 2008.

Overt Acts in Furtherance of the Conspiracy

**Overt Acts in 2017**

16. Beginning at least on or about August 1, 2017, through on or about August 15, 2017, defendant **Islam Said** allowed Yaser Said to stay in **Islam Said's** residence at 2444 Harwood Road, Apartment Unit 348, Bedford, Texas.

17. On or about August 14, 2017, an FBI agent asked defendant **Islam Said** if he would allow law enforcement to search his apartment for Yaser Said. **Islam Said** refused the FBI agent's request, and **Islam Said** he was going to call his lawyer.

18. Immediately after the FBI agent asked defendant **Islam Said** if law enforcement could search his apartment, **Islam Said** made a series of phone calls to M.S., defendant **Yassein Said**, and Y.S.

19. On or about August 14, 2017, after defendant **Islam Said** called defendant **Yassein Said**, defendant **Yassein Said** called M.S. and Y.S.

20. On or about August 15, 2017, defendant **Islam Said** abandoned his 2003 Lincoln sedan at a shopping center in Southlake, Texas, which is located in the Northern District of Texas.

21. On or about August 17, 2017, defendant **Yassein Said** and another male went to the Copper Canyon Apartment's leasing office and demanded to know who reported having seen someone in apartment 348 to law enforcement.

**Overt Acts in 2020**

22. On or about August 17, 2020, defendants **Islam Said** and **Yassein Said** traveled to the Justin residence in a car being driven by **Yassein Said**, and took grocery bags into the residence.

23. Thereafter, defendants **Islam Said** and **Yassein Said** exited the Justin residence with two trash bags and a vacuum cleaner, placed the items into a vehicle being driven by **Yassein Said**, and then **Islam Said** and **Yassein Said** departed the residence.

24. On or about August 19, 2020, defendant **Yassein Said** traveled to the Justin residence and took a small bag into the residence.

25. Thereafter, defendant **Yassein Said** exited the residence with a black trash bag and a white plastic bag, placed the items into the vehicle being driven by **Yassein Said**, and then **Yassein Said** departed the residence.

26. On or about August 25, 2020, defendants **Islam Said** and **Yassein Said** traveled to the Justin residence in a vehicle being driven by **Yassein Said**, and took grocery bags and a large bag into the residence.

27. Thereafter, defendant **Islam Said** exited the residence with two bags, placed the bags into the vehicle being driven by **Yassein Said**, and then **Islam Said** and **Yassein Said** departed the residence.

28. After leaving the Justin residence, defendant **Yassein Said** drove the two men to a shopping center in Southlake, Texas, located in the Northern District of Texas.

29. While at the Southlake shopping center, defendants **Islam Said** and **Yassein Said** placed the two bags **Islam Said** removed from the Justin residence into a

garbage can. The plastic bags contained the following types of items: an egg carton; Coke cans; numerous cigarette butts; a torn-up Zen tube box; an empty Marlboro cigarette box; and water bottles.

All in violation of 18 U.S.C. § 371 (18 U.S.C. § 1071).

<u>Count Two</u>
Concealing Person From Arrest
[Violation of 18 U.S.C. § 1071 and 18 U.S.C. § 2]

30. Paragraphs 1 through 29 of this superseding indictment are re-alleged and incorporated by reference as though fully set forth herein.

31. From on or about at least August 1, 2017, through on or about August 15, 2017, in the Northern District of Texas, defendants, **Islam Said** and **Yassein Said**, did harbor and conceal Yaser Said, a person for whose arrest a felony warrant and process had been issued under the provisions of a law of the United States so as to prevent his discovery and arrest, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Yaser Said.

In violation of 18 U.S.C. §§ 1071 and 2.

## Count Three

Conspiracy to Obstruct an Official Proceeding
[Violation of 18 U.S.C. § 1512(k) (18 U.S.C. § 1512(c)(2))]

32. Paragraphs 1 through 29 of this superseding indictment, including the overt acts alleged, are re-alleged and incorporated by reference as though fully set forth herein.

33. From on or about at least August 1, 2017, through on or about November 17, 2020, in the Northern District of Texas and elsewhere, defendants, **Islam Said** and **Yassein Said**, did knowingly combine, conspire, confederate and agree with each other and with persons both known and unknown to the Grand Jury, to corruptly obstruct, influence, and impede an official proceeding, and attempt to do so, that is, a proceeding before a judge and court of the United States, a United States magistrate judge, and a Federal Grand Jury, regarding Yaser Said's unlawful flight to avoid prosecution.

All in violation of 18 U.S.C. § 1512(k) (18 U.S.C. § 1512(c)(2)).

A TRUE BILL

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8805
Email: Tiffany.Eggers@usdoj.gov

A true bill rendered

---

DALLAS FOREPERSON

Filed in open court this 17th day of November, 2020.

---

**Defendants in federal custody since 8/26/2020.**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number (01): 4:20-MJ-562
Magistrate Court Number (02): 4:20-MJ-565
Criminal Court Number: 4:20-CR-292-O

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

ISLAM YASER-ABDEL SAID (01)
and
YASSEIN ABDULFATAH SAID (02)

---

SUPERSEDING INDICTMENT

18 U.S.C. § 371 (18 U.S.C. § 1071)
Conspiracy to Conceal Person From Arrest
(Count 1)

18 U.S.C. § 1071 and 18 U.S.C. § 2
Concealing Person From Arrest
(Count 2)

18 U.S.C. § 1512(k) (18 U.S.C. § 1512(c)(2))
Conspiracy to Obstruct an Official Proceeding
(Count 3)

3 Counts

**[Nothing further on this page.]**